SAMUEL McCOMBS, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appel-

lant.— Judgment reversed on the law and facts, with costs, and complaint dismissed, with costs, upon the ground that the finding of the jury of freedom from contributory negligence was contrary to and against the weight of the evidence. All concur.